# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

In re *Edmondson, John Scott*                                                                             Case No. *10-12405*
                                                                                                          Chapter *7*

_____ / Debtor

Attorney for Debtor:   *Matthew Y. Harris*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *05/14/2010*                                                              */s/ Edmondson, John Scott*
                                                                                Debtor

```
AG Works Inc.
PO Box 580
Lake Park, GA   31636

AGXplore
7035 State Hwy D
Parma, MO   63870

American Arbitration Assoc
1633 Broadway, 10th Floor
New York, NY   10019

Chex System, Inc.
Consumer relations
7805 Hudson Rd. #100
Saint Paul, MN   55125

Crop Production Services
51 Germantown Court
Cordova, TN   38018

Discover
PO Box 71084
Charlotte, NC   28272

Equifax Information Services
740256
Atlanta, GA   30374

Experian
PO Box 2002
Allen, TX   75013

Franklin Collection Services
2978 W. Jackson St.
Tupelo, MS   38801

Goldstein & Gotti
102 North Main Street
Calhoun City, MS   38916

HSBC Card Services III
PO Box 60177
City of Industry, CA   91716-0102

Internal Revenue Service
PO Box 21126
Philadelphia, PA   19114

JAMS
1920 Main Street
#300
Foothill Ranch, CA   92610

John Deere Credit
6400 NW 86 Street
Johnston, IA   50131-6600
```

```
Mississippi State Tax Comm
Bankruptcy Section
PO Box 22808
Jackson, MS   39225

Mitchell, McNutt & Sams
Attn: Brad Dillard
105 South Front Street
Tupelo, MS   38802-7120

Regions Bank
211 N. Main Street
Calhoun City, MS   38916

Regions Mortgage
PO Box 2153
Dept 2520
Birmingham, AL   35287-2520

Southern Migrant Legal Service
311 Plus Park Blvd.
Suite 135
Nashville, TN   37217

Telecheck
5251 Westheimer
Houston, TX   77056

TransUnion
PO Box 1000
Crum Lynne, PA   19022

US Attorney - IRS
188 E. Capital Street
#500
Jackson, MS   39201
```