CM/ECF volpmd
(Rev. 01/28/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662–369–2596

---

In Re: John Scott Edmondson
      Debtor(s)

Case No.: 10–12405–DWH
Chapter:7
Judge:David W. Houston III

---

**ORDER AND NOTICE AS TO DEFICIENCY(IES) AND**
**PROPOSED DISMISSAL OF CASE**

    Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above–captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by a factual sworn affidavit showing good cause.

    In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

Aty Disclosure Stmt. due 06/01/2010

    To permit time for this noticing, if the required paperwork and/or fees are not timely filed and/or paid by 6/1/10 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 5/17/10

David W. Houston III
Judge, U.S. Bankruptcy Court