**IN THE UNITED STATES BANKRUPTCY COURT
OF THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: JOHN SCOTT EDMONDSON                    CHAPTER 7 CASE: 10-12405
    DEBTOR

**NOTICE TO CHANGE AND/OR CORRECT ADDRESS**

**PLEASE TAKE NOTICE**, that the debtor, John Scott Edmondson, herein filed this *Notice to Change and/or Correct Address* regarding the address of the creditor, Goldstein & Gotti. The correct mailing address is 102 N. Main Street, Itta Bena, MS 38941

This the 24th day of May 2010.

                                        /s/ Matthew Y. Harris
                                        MATTHEW Y. HARRIS
                                        MS STATE BAR NO. 99595

                                        ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I, Matthew Y. Harris, Attorney for Debtor, John Scott Edmondson, hereby certify that I have this day service a true and correct copy of the above and foregoing *Notice to Change and/or Correct Address* on the following, via electronic filing or by hand delivery, via facsimile or by placing said copy in the United States Mail, postage prepaid, addressed to each at their usual address of:

    U.S. Trustee
    USTPRegion05.AB.ECF@usdoj.gov

    Stephen P. Livingston
    ms09@ecfcbis.com

    Goldstein & Gotti
    102 N. Main Street
    Itta Bena, MS 38941

Respectfully submitted, this the 24th day of May, 2010.

                                          /s/ Matthew Y. Harris
                                          MATTHEW Y. HARRIS
                                          MS STATE BAR NO. 99595

                                          ATTORNEY FOR DEBTOR