IN THE UNITED STATES BANKRUPTCY COURT
OF THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JOHN S. EDMONDSON                                                                    DEBTOR

CHAPTER 7 CASE :10-12405

JOHN S. EDMONDSON                                                                           MOVANT

VS.

AGRO DISTRIBUTION, LLC,                                                                 RESPONDENT
Successor in Interest to Terra International, Inc.

## MOTION TO AVOID JUDGMENT LIEN

COMES NOW the Debtor, John S. Edmondson, and files this *Motion to Avoid Judgment Lien*, in the above-styled and numbered cause, and would respectfully represent the following:

1.

This is a core proceeding and this Court has jurisdiction over this contested matter pursuant to 28 U.S.C. Section 157 and 1334 and 11 U.S.C. Section 522 in that this action is filed by the Movant to avoid a judgment lien obtained by the Respondent prior to filing of this bankruptcy.

2.

That prior to the filing of the Petition herein the Respondent obtained a judgment against Movant in the Circuit Court of Calhoun County, Mississippi.

3.

The debt on which the Respondent obtained their judgment arose pre-petition, and the Movant listed Respondent in their petition on the appropriate schedules.

4.

Respondent received notice of Movants bankruptcy through this Court.

5.

Pursuant to 11 U.S.C. § 522 (f), Movant is entitled to have Respondent's judgment lien avoided.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court enter judgment avoiding the judgment lien obtained by Respondent. Movant prays for such other relief as may be just.

Respectfully submitted, this the 9th day of June, 2010.

        /s/ Matthew Y. Harris
        MATTHEW Y. HARRIS
        MS BAR NO. 99595

        ATTORNEY FOR MOVANT/DEBTOR

OF COUNSEL:
RUTLEDGE, DAVIS AND HARRIS, P.L.L.C.
POST OFFICE BOX 29
NEW ALBANY, MISSISSIPPI 38652
(662)534-6421
mharris@rdhlaw.net

## CERTIFICATE OF SERVICE

I, Matthew Y. Harris, attorney for Debtor, John S. Edmondson, hereby certify that I have this day mailed, postage prepaid, a true and correct copy, or via electronic filing, of the above and forgoing *Motion to Avoid Judgment Lien* to the following persons and/or entities:

U. S. Trustee
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269
USTPRegion05.AB.ECF@usdoj.gov

Hon. Stephen P. Livingston, Sr.
Post Office Box 729
New Albany, Mississippi 38652

Hon. L. Bradley Dillard
c/o AGRO Distribution, LLC, Successor in Interest to Terra International, Inc.
Mitchell, McNutt & Sams
P. O. Box 7120
Tupelo, MS 38802-7120

Respectfully submitted, this the 9th day of June, 2010.

/s/ Matthew Y. Harris
MATTHEW Y. HARRIS
MS BAR NO. 99595

ATTORNEY FOR DEBTOR(S)

OF COUNSEL:
RUTLEDGE, DAVIS AND HARRIS, P.L.L.C.
POST OFFICE BOX 29
NEW ALBANY, MISSISSIPPI 38652
(662)534-6421
mharris@rdhlaw.net