CLF 67bk
(Rev. 02/17/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

In Re: John Scott Edmondson
     Debtor(s)

Case No.: 10−12405−DWH
Chapter: 7
Judge: David W. Houston III

NOTICE IS HEREBY GIVEN that a

> *16* − Motion to Avoid Lien with Agro Distribution, LLC Filed by Matthew Y. Harris on behalf of John Scott Edmondson. (Harris, Matthew)

has been filed in the above caption case.

LAST DAY TO FILE OBJECTIONS OR RESPONSES IS 7/6/10 .

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 6/10/10

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: LLG
    Deputy Clerk