6           (

Rev. 08/27/ CLF
1508
)

## BANKRUPTCY COURT NORTHERN DISTRICT OF MISSISSIPPI
**UNITED STATES**

**IN RE: CASE NO. 10-12405**

    **DEBTOR(S)** Edmondson, John

**TO: CASE TRUSTEE:** Stephen Livingston, P.O. Box 729, New Albany, MS 38652
    **U. S. TRUSTEE** 100 W. Capital St., Suite 706, Jackson, MS 39269
    **AFFECTED CREDITOR(S):** Regions Bank, 211 N. Main Street, Calhoun City, MS 38916

### NOTICE TO EACH ADDED CREDITOR, TRUSTEE AND U.S. TRUSTEE

    **PLEASE TAKE NOTICE** that the undersigned debtor(s) has filed an amendment to the bankruptcy schedules to add one or more additional creditors, which said amendment lists the creditor noticed hereby as an additional scheduled creditor in the above captioned bankruptcy case.

    Within twenty (20) days of the date of this notice, the added creditor has the right to request of the U.S. Trustee, McCoy Federal Building, 100 W. Capitol Street, Suite 706,Jackson, Mississippi 39269, an <u>adjourned</u> §341(a) creditors' meeting (see copy of original meeting notice enclosed) if the added creditor wishes to examine the debtor(s) under oath.

    The added creditor has the right within sixty (60) days of the date of this notice to file a complaint objecting to the discharge of the debtor(s), or a complaint to determine the dischargeability of a debt, or to file a motion requesting an extension of time to file such a complaint, unless a longer period of time is provided by the Federal Rules of Bankruptcy Procedure.

    If this is a **CHAPTER 7, 12 OR 13** case and the attached §341 meeting notice contains language "Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So", then, you do not need to file a claim at this time. However, if the notice contains a Proof of Claim deadline, as an added creditor you have 90 days from the date of mailing of this notice to file a Proof of Claim.

    If this is a **CHAPTER 11** case, you have the right to file a proof of claim by the bar date indicated on the attached §341 meeting notice or 30 days from the date of mailing of this notice, whichever is later.

    **PLEASE TAKE NOTICE ALSO** that the undersigned debtor(s) and/or the debtor(s)' attorney is required to send a copy of the amended schedule to each added creditor, to the case trustee and to the U.S. Trustee.

                                                                        DEBTOR(S) OR ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF SERVICE

    I, Matthew Y. Harris, Debtor John Edmondson for the above listed Debtor, do hereby certify that I have this date mailed a true and correct copy of the above Notice to Creditors, a copy of the §341 meeting notice, and the amended schedule(s)to the affected creditor(s), case trustee, if applicable, and U. S. Trustee at the above listed address(es).

    THIS the 10th day of June, 2010.

                                         <u>/s/ Matthew Y. Harris</u>
                                         MATTHEW Y. HARRIS
                                         MS STATE BAR NO. 99595

RUTLEDGE, DAVIS AND HARRIS, P.L.L.C.
POST OFFICE BOX 29
NEW ALBANY, MISSISSIPPI  38652
(662) 534-6421
mharris@rdhlaw.net

B6D (Official Form 6D) (12/07)

In re *Edmondson, John Scott*                                           ,    Case No. *10-12405*
                            **Debtor(s)**                                                  (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 6/9/10

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1 Regions Bank 211 N. Main Street Calhoun City MS 38916** | | *Collateral Loan House and Lot located at: 150 CR 429, Vardaman, MS 38878*  Value: *$ 90,000.00* | | | | *$ 437,056.65* | *$ 347,056.65* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

**Subtotal $** (Total of this page)    *$ 437,056.65*    *$ 347,056.65*

**Total $** (Use only on last page)    *$ 437,056.65*    *$ 347,056.65*

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)