CM/ECF Hrg3bk
(Rev. 09/15/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re:    John Scott Edmondson
Debtor(s)

Case No.: 10−12405−DWH
Chapter: 7
Judge: David W. Houston III

---

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, Oxford, MS 38655

on 7/19/10 at 10:30 AM

to consider and act upon the following:

*30* – Motion to Abandon ., Motion for Relief from Stay . Filed by R. Adam Kirk on behalf of Regions Bank . Objections to Motion for Relief from Stay due by 7/13/2010. Entered on Docket by: (LLG)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said objection due date. If any objection or response is filed, a hearing will be held on the above mentioned date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 6/29/10

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: JLM
    Deputy Clerk