CM/ECF Hrg3bk
(Rev. 09/15/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re:  John Scott Edmondson
        Debtor(s)

Case No.: 10−12405−DWH
Chapter: 7
Judge: David W. Houston III

---

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, Oxford, MS 38655

on 7/19/10 at 10:30 AM

to consider and act upon the following:

*30* − Motion to Abandon ., Motion for Relief from Stay . Filed by R. Adam Kirk on behalf of Regions Bank . Objections to Motion for Relief from Stay due by 7/13/2010. Entered on Docket by: (LLG)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said objection due date. If any objection or response is filed, a hearing will be held on the above mentioned date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 6/29/10

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: JLM
    Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0537-1          User: martin              Page 1 of 1            Date Rcvd: Jun 29, 2010
Case: 10-12405                Form ID: hrg3             Total Noticed: 1

The following entities were noticed by first class mail on Jul 01, 2010.
db           +John Scott Edmondson,   18 CR 444,   Vardaman, MS 38878-9247

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 01, 2010**              **Signature:** *Joseph Speetjens*