IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    JOHN S. EDMONDSON | CHAPTER 7 |
| | CASE NO.: 10-12405 |
| JOHN S. EDMONDSON | PETITIONER |
| VS. | |
| AGRO DISTRIBUTION, LLC<br>Successor in Interest to Terra International, Inc. | RESPONDENT |

## ORDER

ON MOTION of the Debtor, John S. Edmondson, that this Court enter judgment avoiding judgement lien obtained by AGRO Distribution, LLC, and this Court finds the Motion is well taken and should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that AGRO Distribution's judgement lien shall be and is hereby avoided.

SO ORDERED, ADJUDGED AND DECREED this the 8th day of July, 2010.

DAVID W. HOUSTON, III
U.S. Bankruptcy Judge