IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JOHN SCOTT EDMONDSON

| | |
|---|---|
| REGIONS BANK f/k/a UNION PLANTERS BANK, NA | CLAIMANT/MOVANT |
| VS. | CASE NO. 10-12405-DWH<br>Chapter 7 |
| JOHN SCOTT EDMONDSON | DEBTOR/RESPONDENT |

## ORDER FOR ABANDONMENT AND RELIEF FROM STAY

Upon Motion of Regions Bank, finding that the Debtor/Respondent has not filed an objection to the relief sought, and further finding that the deadline to object tolled on July 13, 2010 without any interested party filing an objection, the Court enters the following Order, to wit:

1.  The collateral at issue on this Order for Abandonment and Relief from Stay is 1.14 acres of land at 150 CR 429, Vardaman, Mississippi held in the name of John Scott Edmondson, the debtor in this cause.

2.  It appearing to the satisfaction of the Court that the Debtor has no equity in the collateral; that the Trustee has abandoned any interest in the collateral held by the estate; that John Scott Edmondson has filed no objection to the relief sought by Regions Bank to lift the automatic stay and allow it to take possession of said collateral; and that the Court finds just cause to grant Movant's relief from the automatic stay.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the automatic stay in effect in this cause is lifted for the limited purpose of allowing the Debtor and Trustee to

abandon and surrender to Regions Bank the property described herein.

ORDERED AND ADJUDGED, this the _____ day July, 2010.

_____
Judge David W. Houston

Prepared and submitted by:

R. Adam Kirk, MSB # 101240
Gore, Kilpatrick & Dambrino, PLLC
135 First Street (38901)
Post Office Box 901
Grenada, Mississippi 38902-0901
662.226.1891 (telephone)
662.226.2237 (facsimile)
akirk@gorekilpatrick.com
Counsel for Movant