## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     JOHN SCOTT EDMONDSON
           (DEBTOR)

CASE NO.: 10-12405

## NOTICE TO CHANGE AND/OR CORRECT ADDRESS

PLEASE TAKE NOTICE that the debtor, John Scott Edmondson herein files this *Notice to Change and/or Correct Address* regarding the address of the creditor, Goldstein & Gotti. The correct mailing address is: Goldstein & Gotti, c/o Scott Petroleum, 102 Main Street, Itta Bena, MS 38941.

This the 4th day of August, 2010.

/s/Matthew Y. Harris
MATTHEW Y. HARRIS
POST OFFICE BOX 29
NEW ALBANY, MS 38652
(662) 534-6421

ATTORNEY FOR DEBTORS

## **CERTIFICATE OF SERVICE**

I, Matthew Y. Harris, Attorney for Debtor hereby certify that I have this day served a true and correct copy of the above and foregoing *Notice to Change and/or Correct Address* on the following, via electronic filing or by hand delivery, via facsimile or by placing said copy in the United States Mail, postage prepaid, addressed to each at their usual address of:

United States Trustee
USTPRegion05.AB.ECF@usdoj.gov

**Stephen P. Livingston**
**ms09@ecfcbis.com**

Goldstein & Gotti
c/o Scott Petroleum
102 Main Street
Itta Bena, MS 38941

SO CERTIFIED this the 4th day of August, 2010.

/s/ Matthew Y. Harris
MATTHEW Y. HARRIS