IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JOHN EDMONDSON                                     NO. 10-12405-DWH

**REGIONS BANK**                                                    MOVANT

VS.

**JOHN EDMONDSON, DEBTOR AND**
**STEPHEN P. LIVINGSTON, TRUSTEE**                    RESPONDENTS

## ORDER WITHDRAWING MOTION TO ABANDON COLLATERAL AND LIFT STAY (DKT# 48)

This matter having come on before this Court on the oral motion of Regions Bank ("Bank") to withdraw its motion to abandon collateral pursuant to 11 U.S.C. § 554 and to lift and terminate the automatic stay of 11 U.S.C. § 362 and the Court having found that the oral motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the motion of Regions Bank to abandon collateral pursuant to 11 U.S.C. § 554 and to lift and terminate the automatic stay of 11 U.S.C. § 362 is hereby withdrawn.

SO ORDERED AND ADJUDGED, this the 2nd day of September, 2010.

David W. Houston, III
United States Bankruptcy Judge

Submitted by:

Attorney for Regions Bank
Jeff D. Rawlings, MSB# 4642
jeffdrawlings@bellsouth.net
P.O. Box 1789
Madison, MS 39110
601-898-1180